NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEVITICUS GRIFFIN, JR.,                           )
                                                  )
                Appellant,                        )
                                                  )
v.                                                )        Case No. 2D18-233
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
                Appellee.                         )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Leviticus Griffin, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

                Affirmed.

MORRIS, BLACK, and LUCAS, JJ., Concur.